1    MICHELLE A. CHILDERS (SBN #197064)
     SALLY F. WHITE (SBN #273765)
2    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20th Floor
3    San Francisco, CA  94105-2235
     Telephone:     (415) 591-7500
4    Facsimile:     (415) 591-7510

5    T. HAROLD PINKLEY (SBN #230503)
     Butler Snow LLP
6    The Pinnacle at Symphony Place
     150 – 3rd Avenue South, Suite 1600
7    Nashville, TN  37201
     Telephone:     (615) 651-6715
8    Facsimile:     (615) 651-6701

9    Attorneys for Defendant
     ETHICON, INC.
10

11                     UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14    BETTY CARLING, et al.,             Case No. 3:13-CV-05792-RS

15               Plaintiffs,      **STIPULATION AND [~~PROPOSED~~]**
                                        **ORDER GRANTING DEFENDANT'S**
16       v.                     **STIPULATED MOTION TO STAY ALL**
                                        **PROCEEDINGS PENDING A DECISION**
17                                         **TO TRANSFER TO MDL NO. 2325, *IN RE***
   AMERICAN MEDICAL SYSTEMS,      ***AMERICAN MEDICAL SYSTEMS, INC.,***
18    INC., C.R. BARD, INC., BOSTON      ***PELVIC REPAIR SYSTEM PRODUCTS***
   SCIENTIFIC CORPORATION,        ***LITIGATION***
19    ETHICON, INC., COLOPLAST
   CORPORATION and DOES 1-500,      Date:     January 30, 2014
20    inclusive,                      Time:     1:30 p.m.
                                        Judge:   Richard Seeborg
21               Defendants.      Dept:     Courtroom 3, 17th Floor

22

23         WHEREAS, Plaintiffs originally filed this action against Defendants American Medical

24    Systems, Inc. ("AMS"), C.R. Bard, Inc., Boston Scientific Corporation, Ethicon, Inc., and

25    Coloplast Corporation (collectively "Defendants")  in the Superior Court of the State of

26    California for the County of Alameda, Case No. RG13687551.

27         WHEREAS, on December 13, 2013, with the consent of all properly joined and served

28    defendants, Defendant AMS removed this case to the United States District Court for the

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER                         CASE NO. CV-05792-RS
SF01/ 922207.1

1    Northern District of California on the basis of jurisdiction under 28 U.S.C. §§ 1332 & 1441;

2    WHEREAS, pursuant to 28 U.S.C. § 1407(a), on February 7, 2012, the Judicial Panel on

3    Multidistrict Litigation ("JPML") issued a Transfer Order centralizing all MDL No. 2325 actions

4    in the Southern District of West Virginia before the Honorable Joseph R. Goodwin, in *In re*

5    *American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359

6    (J.P.M.L. 2012);

7    WHEREAS, this case involves questions of fact common to those cases pending in MDL

8    2325, and Defendant AMS filed a Notice of Potential Tag-Along Action with the JPML regarding

9    this case, in accordance with the Rules of Procedure of the JPML; and

10   WHEREAS, Defendant has moved this Court to stay all proceedings in this action

11   pending a decision by the United States Judicial Panel on Multidistrict Litigation on the transfer

12   of this action to the Southern District of West Virginia as part of MDL No. 2325 before the

13   Honorable Joseph R. Goodwin.  *See* 28 U.S.C. § 1407; Transfer Order, MDL No. 2325, *In re*

14   *American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359

15   (J.P.M.L. 2012);

16   IT IS THEREFORE STIPULATED, by the parties through their respective counsel, as

17   follows:

18   The Stipulated Motion to Stay All Proceedings Pending Decision on Transfer to MDL No.

19   2325, *In re American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, is

20   GRANTED.  The case is STAYED until further action by this Court or transfer by the United

21   States Judicial Panel on Multidistrict Litigation.  The parties are relieved of any pleading,

22   discovery, or other obligation until further notice.  The case is administratively closed pending a

23   ruling on such transfer.

24   IT IS SO STIPULATED.

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER          - 2 -                    CASE NO. CV-05792-RS
SF01/ 922207.1

1    Dated: December 20, 2013                    REED SMITH LLP

2

3                                                By: */s/ J. David Bickham*
                                                     J. David Bickham
4                                                    Lynn A. Combs

5                                                Attorneys for Defendant
                                                 AMERICAN MEDICAL SYSTEMS, INC.
6

7

8    Dated: December 20, 2013                    REED SMITH LLP

9

10                                               By: */s/ Eric J. Buhr*
                                                     Eric J. Buhr
11

12                                               Attorneys for Defendant
                                                 C.R. BARD, INC.

13

14   Dated: December 20, 2013                    SHOOK HARDY & BACON LLP

15

16                                               By: */s/ Brian P. Ziska*
                                                     Brian P. Ziska
17

18                                               Attorneys for Defendant
                                                 BOSTON SCIENTIFIC CORPORATION

19

20   Dated: December 20, 2013                    DRINKER BIDDLE & REATH LLP

21

22                                               By: */s/ Michelle A. Childers*
                                                     Michelle A. Childers
23                                                   Sally F. White

24                                               Attorneys for Defendant
                                                 ETHICON, INC.

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER          - 3 -                CASE NO. CV-05792-RS
SF01/ 922207.1

1   Dated: December 20, 2013                    FULBRIGHT & JAWORSKI LLP

2

3                                               By: /s/ Lesley E. Swanson
                                                    Lesley E. Swanson
4
                                                Attorneys for Defendant
5                                               COLOPLAST CORPORATION

6

7   Dated: December 20, 2013                    POLLARD BAILEY

8

9                                               By: /s/ Dylan F. Pollard
                                                    Dylan F. Pollard
10
                                                Attorneys for Plaintiffs
11

12

13

14          PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16   Dated: ___1/2_____, 2014          _____
                                             JUDGE OF THE UNITED STATES
17                                           DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER          - 4 -                    CASE NO. CV-05792-RS
SF01/ 922207.1